**Order entered April 8, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-22-00098-CV

## AL M. WILLIAMS, Appellant

## V.

## LADERA, Appellee

### On Appeal from the 14th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-19-17458

### ORDER

Before the Court is appellant's April 6, 2022 "Motion for Writ of Mandamus Ordering All Hearings Be Held on His Outstanding Motions and that Findings of Fact and Conclusions of Law be Entered of Record."  In his motion, appellant asks only that we order the trial court to make findings of fact and conclusion of law. To the extent appellant complains about the lack of findings of fact and conclusions of law, the docket sheet in the clerk's record does not reflect that appellant requested findings of fact and conclusions of law following the final

judgment. Accordingly, we **DENY** the motion. *See* TEX. R. CIV. P. 298. To the extent, appellant asks that we issue a petition for writ of mandamus ordering the trial court to conduct hearings on his outstanding motions, we **DENY** the motion. *See* TEX. R. APP. P. 52.

Also before the Court is appellant's April 6, 2022 "Application for Writ of Mandamus and Application to Supplement, Stipulate, Amend, and Modify the Record." Appellant states in his application that the supplementary evidence is in the form of "emails and recordings during the parties' attempts to settle" and that it is necessary to supplement the record "by agreed upon facts/stipulations". We **DENY** the application. *See id*; *Greystar, LLC v. Adams*, 426 S.W.3d 861, 865 (Tex. App.—Dallas 2014, no pet.) (appellate court may not consider documents not before the trial court).

/s/    KEN MOLBERG
        JUSTICE